### OSCAR KIMBALL V. THE STATE.

#### No. 5124. Decided October 23, 1918.

**Theft—Automobile—Practice on Appeal—Plea of Guilty.**

In the absence of a bill of exceptions and a statement of facts, the ground in the motion for a new trial that the verdict was contrary to law and the evidence can not be considered, it appearing from the record that the defendant was properly admonished of the consequences of his plea of guilty, there was no reversible error.

Appeal from the District Court of McLennan. Tried below before the Hon. R. I. Munroe.

Appeal from a conviction of the theft of an automobile; penalty, two years imprisonment in the penitentiary.

The opinion states the case.

No brief on file for appellant.

*E. B. Hendricks,* Assistant Attorney General, for the State.

PRENDERGAST, JUDGE.—Upon his plea of guilty appellant was convicted of the theft of an automobile of the value of $400.

There is no statement of facts or bill of exceptions. The charge and judgment of the court distinctly show that the appellant was properly admonished of the consequences of a plea of guilty by the court before the court would receive it. (Art. 565, C. C. P.) Appellant merely filed a motion for a new trial, alleging that the judgment and verdict were contrary to the law and the evidence, hence there is nothing to review.

The judgment is affirmed.

*Affirmed.*